THOMAS M. HARRELSON (CA Bar No. 114346)
HARRELSON & ASSOCIATES
533 Airport Boulevard, Suite 325
Burlingame, CA  94010
Telephone:     650/373-3300
Facsimile:      650/373-3302

Attorneys for Plaintiffs
K.O. UNDERGROUND CONSTRUCTION, INC.,
KAREN M. OGANDO, and JOSEPH E. OGANDO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.O. UNDERGROUND CONSTRUCTION, INC., a California corporation, KAREN M. OGANDO, an individual; and JOSEPH E. OGANDO, an individual<br><br>                    Plaintiffs,<br><br>v.<br><br>ADMIRAL RISK INSURANCE SERVICES, INC., A Delaware corporation, dba ADMIRAL INSURANCE COMPANY, INC.; ARCH SPECIALTY INSURANCE AGENCY INC., a Missouri corporation, dba ARCH SPECIALTY INSURANCE COMPANY; and DOES 1-100,<br><br>                    Defendants. | Case No.: 3:13-cv-03878 RS<br><br>**STIPULATION TO RE-SET SCHEDULE LEADING TO INITIAL CASE MANAGEMENT CONFERENCE AND CONTINUE OTHER PRE-CMC DEADLINES AND ~~PROPOSED~~ ORDER** |

Plaintiffs, K.O. UNDERGROUND CONSTRUCTION, INC., KAREN M. OGANDO, and JOSEPH E. OGANDO, and defendants, ADMIRAL RISK INSURANCE SERVICES, INC. dba ADMIRAL INSURANCE COMPANY, INC. and ARCH SPECIALTY INSURANCE AGENCY INC., dba ARCH SPECIALTY INSURANCE COMPANY, ("the Parties"), by and through their respective attorneys, hereby stipulate as follows:

1. The Parties submit this Stipulation and Proposed Order in lieu of a Joint Case Management Statement as required by the Clerk's Notice (Doc. #12) scheduling a Case Management Conference on November 14, 2013 at 10:00 a.m. in Courtroom 3;

2. The Parties have been communicating with each other with the goal to begin settlement discussions between them.

3. Plaintiffs have prepared and tendered a formal settlement demand and are communicating with defense counsel for the purpose of sharing certain damages documentation so that defense counsel may more fully evaluate the case, evaluate their settlement options, and respond to Plaintiff's demand.

4. The Parties agree that continuances of various case deadlines are necessary so that they may complete their settlement discussions without the necessity of plaintiffs incurring substantial additional attorney fees, which fees form the subject matter of this litigation.

5. The Parties agree that, given this extension, there is a strong potential for resolution of the plaintiffs' claims and, as such, the continuation is in the interests of the Parties and the judicial economy of the Court. The Parties believe that such settlement considerations will more effectively be made prior to investing the time and expense, including legal fees necessary to comply with the Case Schedule as currently set by the Court's August 22, 2013 Order Setting Initial Case Management Conference and ADR Deadlines. The requested extension will also avoid wasting the precious Court resources involved in holding the initial case management conference ("CMC") which may be avoided entirely if the Parties' early settlement negotiations prove successful.

3. Accordingly, the Parties agree to the following extensions of upcoming Court deadlines, but all subject to the Court's convenience:

    A.    A continuance of the initial CMC from November 14, 2013 to **Thursday, January 30, 2014 at 10:00 a.m.** before the Honorable Richard Seeborg, United States District Judge, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. This extension considers the

vacation schedules of all counsel and Judge Seaborg's on line calendar (Governing Rules: Rule 16(b), F.R.Civ.P., and Civil L.R. 16-10);

      B.      The last day to meet and confer re: initial disclosures, early ADR process selection, and discovery plan, to file ADR Certifications, and to either file a stipulation to ADR Process or Notice of need for an ADR Phone Conference shall be **Thursday, January 9, 2014.** (Governing Rules: FRCivP. 26(f) and ADR L.R. 3-5, Civil L.R. 16-18(b) & ADR L.R. 3-5(b), and Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)).

      C.      The last day to file the Rule 26(f) Report, complete initial disclosures or state objection to the Rule 26(f) Report and file the Joint Case Management Statement per the Standing Order, shall be **Thursday, January 23, 2014.**

4.      All other terms of the Clerk's Notice (Doc. #12) , Judge Richard Seaborg's Standing Order Re: Initial Case Management dated July 2, 2012 and the Standing Order for All Judges of the Northern District of California re Contents of Joint Case Management Statement *Effective date: July 1, 2011 (Last Revised November 27, 20132)* will otherwise remain in effect.

**IT IS SO STIPULATED.**

Dated: _____              **HARRELSON & ASSOCIATES**

                                                                   Thomas M. Harrelson, Attorney for Plaintiffs K.O. UNDERGROUND CONSTRUCTION, INC., KAREN M. OGANDO and JOSEPH E. UGANDA

Dated: _____    **WOLKIN · CURRAN, LLP**

_____
Brandt L. Wolkin, Attorneys for
Defendant ADMIRAL RISK INSURANCE
SERVICES dba ADMIRAL INSURANCE
COMPANY

Dated: _____    **SELMAN BREITMAN, LLP**

_____
Gregory J. Newman, Attorneys for
Defendant ARCH SPECIALTY INSURANCE
COMPANY

**STIPULATION TO RE-SET SCHEDULE LEADING TO INITIAL CASE MANAGEMENT CONFERENCE AND CONTINUE OTHER PRE-CMC DEADLINES**

**IT IS SO ORDERED.**

The Case Management Conference is set for **Thursday,  February 6, 2014, at 10:00 am.** in Courtroom Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.  All other dates contained in the above Stipulation of Counsel are approved.

Dated: 10/23/13

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

**STIPULATION TO RE-SET SCHEDULE LEADING TO INITIAL CASE MANAGEMENT CONFERENCE AND CONTINUE OTHER PRE-CMC DEADLINES**