IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K.O. UNDERGROUND CONSTRUCTION, INC., a California corporation, KAREN M. OGANDO, an individual; and JOSEPH E. OGANDO, an individual,<br><br>        Plaintiffs,<br>v.<br><br>ADMIRAL RISK INSURANCE SERVICES, INC., a Delaware corporation, dba ADMIRAL INSURANCE COMPANY, INC.; ARCH SPECIALTY INSURANCE AGENCY, INC., a Missouri corporation, dba ARCH SPECIALTY INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>        Defendants.<br>_____<br>AND RELATED CROSS- AND THIRD-PARTY ACTIONS<br>_____/ | No. C 13-03878  RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 6, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

CASE MANAGEMENT SCHEDULING ORDER

1.	ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  The parties have agreed to engage in private mediation, to be completed by September 30, 2014.

2.	DISCOVERY.

A. On or before May 1, 2014, all written discovery and document production shall be completed by the parties.

B. On or before July 30, 2014, all percipient witness depositions shall be completed.

C. On or before July 31, 2014, all non-expert discovery shall be completed.

D. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.	DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.	EXPERT WITNESSES. The disclosure and discovery of expert witnesses shall proceed as follows:

A. On or before June 18, 2014, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before July 9, 2014, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before August 15, 2014, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.  PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than September 18, 2014.

6.  PRETRIAL CONFERENCE.  The final pretrial conference will be held on **December 11, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.  TRIAL DATE.  A jury trial shall commence on **January 26, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: February 6, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
3